**2017–0171.   Arpin v. Consol. Rail Co.**

Cuyahoga App. No. 104279, 2016-Ohio-8313. This cause is pending before the court as a jurisdictional appeal.

Upon consideration of the motion for admission pro hac vice of Dan Himmelfarb, it is ordered by the court that the motion is granted. Pursuant to Gov.Bar R. XII(4), counsel shall file a notice of permission to appear pro hac vice with the Supreme Court's Office of Attorney Services within 30 days of the date of this entry.

**2017–0107.   Huntington Natl. Bank v. Widenmeyer.**

Medina App. No. 15CA0066–M. This cause is pending before the court as a jurisdictional appeal.

Upon consideration of appellant's application for dismissal, it is ordered by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.